RICHARD A. JACKSON, Appellant, *v.* SYMINGTON GOULD CORPORATION et al., Respondents, et al., Defendants.

RICHARD A. JACKSON, JR., an Infant, by RICHARD A. JACKSON, His Guardian ad Litem, Appellant, *v.* SYMINGTON GOULD CORPORATION et al., Respondents, et al., Defendants.

ARLEN JACKSON, an Infant, by RICHARD A. JACKSON, His Guardian ad Litem, Appellant, *v.* SYMINGTON GOULD CORPORATION et al., Respondents, et al., Defendants.

Submitted April 21, 1952; decided April 23, 1952.

*Melvin H. Zurett* for motion to dismiss appeal.

*William L. Clay* for cross motion.

Motion to dismiss appeals denied.

Motion for leave to file an amended undertaking denied.